# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT AUGUST, | **Case No. CV 16-01595 JVS (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: September 25, 2017

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE